# IN THE SUPREME COURT, STATE OF WYOMING

## 2026 WY 39

*April Term, A.D. 2026*

**April 8, 2026**

JODIE LEROY WOOD,

**Appellant**
**(Defendant),**

**v.**
                                                        S-25-0305

THE STATE OF WYOMING,

**Appellee**
**(Plaintiff).**

## ORDER AFFIRMING THE DISTRICT COURT'S SENTENCE AND PROBATION ORDER

[¶1]    **This matter** came before the Court upon its own motion following notification that Appellant has not filed a *pro se* brief in the time allotted.  Pursuant to a plea agreement, Appellant entered an unconditional no contest plea to aggravated assault in violation of Wyo. Stat. Ann. § 6-2-502(a)(iii).  The district court imposed a sentence of five to seven years suspended in favor of three years of supervised probation.  Appellant filed this appeal to challenge the district court's October 21, 2025, Sentence and Probation Order.

[¶2]    On February 2, 2026, Appellant's court-appointed appellate counsel filed a Motion to Withdraw as Counsel, pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).  This Court subsequently entered an Order Granting Motion for Extension of Time to File *Pro Se* Brief.  This Court ordered that Appellant was permitted to file with this Court a *pro se* brief specifying the issues he would like the Court to consider in this appeal.  This Court also provided notice that, after the time for filing a *pro se* brief expired, this Court would make its ruling on counsel's motion to withdraw and, if appropriate, make a final decision on this appeal.  Appellant did not file a *pro se* brief or other pleading in the time allotted.

[¶3]    Now, following a careful review of the *Anders* brief submitted by appellate counsel, and the record, this Court finds that appellate counsel's motion to withdraw should be granted and the district court's Sentence and Probation Order, should be affirmed.  It is, therefore,

[¶4]    **ORDERED** that the Wyoming Public Defender's Office, court-appointed counsel for Appellant Jodie Leroy Wood, is hereby permitted to withdraw as counsel of record for Appellant; and it is further

[¶5]    **ORDERED** that the Campbell County District Court's October 21, 2025, Sentence and Probation Order be, and the same hereby is, affirmed.

[¶6]    **DATED** this 8th day of April, 2026.

BY THE COURT:

/s/

**LYNNE BOOMGAARDEN**
**Chief Justice**